**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN HOWARD, <br><br>        Petitioner, <br><br>   v. <br><br>DERRAL G. ADAMS (Warden), <br><br>        Respondent. | No. CV 09-9477 DMG (CW) <br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a _de novo_ determination with respect to those portions of the Report and Recommendation to which objection has been made.

    The Report and Recommendation is corrected to replace Footnote 16 as follows:

    To the extent that Petitioner's claim of actual innocence could be liberally construed as a claim for an exception to the

1   untimeliness bar, Petitioner has failed to demonstrate that such
2   an exception is warranted in this case under § 2244(d)(1).  See
3   Schlup v. Delo, 513 U.S. 298, 314-15, 115 S. Ct. 851, 130 L. Ed.
4   2d 808 (1995); Johnson v. Knowles, 541 F.3d 933, 937 (9th Cir.
5   2008); Majoy v. Roe, 296 F.3d 770, 778 (9th Cir. 2002).

7   **IT IS ORDERED**: (1) that the Report and Recommendation of the
8   United States Magistrate Judge be accepted; (2) that Respondent's
9   motion to dismiss (docket no. 22, filed September 27, 2010) be
10  granted; and (3) that judgment be entered dismissing the Petition,
11  with prejudice, as time-barred.

13  **IT IS FURTHER ORDERED** that this order and the judgment herein be
14  served on the parties.

16  DATED:   April 1, 2011

                                    _____
                                             DOLLY M. GEE
                                    United States District Judge