**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN HOWARD, | ) | No. CV 09-9477 DMG (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRAl G. ADAMS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: April 1, 2011

_____
DOLLY M. GEE
United States District Judge